SEALED 

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

FILED
NOV 05 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   1:10 MJ 00309 DLB
                                     )
            Plaintiff,               )   ORDER SEALING ARREST WARRANT,
       v.                            )   CRIMINAL COMPLAINT, APPLICATION
                                     )   AND ORDER
PHOUSANGKHY PHANTHADETH,             )
                                     )
            Defendant.               )   **Under Seal**
                                     )
_____)

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: November 5, 2010

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1