1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

**FILED**

NOV 08 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )  CASE NO.   1:10-MJ-309 DLB
                                       )
11             Plaintiff,              )
                                       )  MOTION TO UNSEAL COMPLAINT;
12       v.                            )  ARREST WARRANT AND APPLICATION
                                       )  [PROPOSED] ORDER
13  PHOUSANGKHY PHANTHADETH,           )
                                       )
14             Defendant.              )
    _____)

15

16       The Complaint in this case, having been sealed by Order of

17  this Court, and it appears that it no longer need remain secret.

18       The United States of America, by and through Benjamin B.

19  Wagner, United States Attorney, and Karen A. Escobar, Assistant

20  United States Attorney, hereby moves that the Complaint, Arrest

21  Warrant, and Application and Order in this case be unsealed and

22  made public record.

23  Dated: November 8, 2010

    _____
    KAREN A. ESCOBAR
24  Assistant U. S. Attorney

25
       IT IS SO ORDERED.
26

27  DATED: November 8 , 2010
                                       _____
28                                     DENNIS L. BECK
                                       United States Magistrate Judge

1