```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

FILED
NOV 08 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:10-MJ-309 DLB |
| Plaintiff, | |
| v. | MOTION TO UNSEAL COMPLAINT; ARREST WARRANT AND APPLICATION [~~PROPOSED~~] ORDER |
| PHOUSANGKHY PHANTHADETH, | |
| Defendant. | |

The Complaint in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Karen A. Escobar, Assistant United States Attorney, hereby moves that the Complaint, Arrest Warrant, and Application and Order in this case be unsealed and made public record.

Dated: November 8, 2010

_____
KAREN A. ESCOBAR
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: November 8, 2010

_____
DENNIS L. BECK
United States Magistrate Judge

1