1 BENJAMIN B. WAGNER
United States Attorney
2 KAREN A. ESCOBAR
Assistant U.S. Attorney
3 4401 Federal Building
2500 Tulare Street
4 Fresno, California 93721
Telephone: (559) 497-4000



SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE No. 1 0 CR 0 0 4 6 2 - LJO |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| BOUNEPHENG SAVONGSY, et al. | ) CRIMINAL PROCEDURE |
| Defendants. | ) |

.The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 10, 2010, charging the above defendants with a violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)- Conspiracy to Manufacture, to Distribute, and to Possess with the Intent to Distribute Marijuana charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no

1

1 | person shall disclose the finding of the Indictment or any
2 | warrants issued pursuant thereto, except when necessary for the
3 | issuance and execution of the warrant.

4 | DATED: November 10, 2010                Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By *Karen Escobar*
KAREN A. ESCOBAR
Assistant U.S. Attorney

9 | IT IS SO ORDERED this 10th day of November, 2010

U.S. Magistrate Judge