1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5



6        SEALED
7

8

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )   CASE №10 CR 00462 LJO
                                  )
13          Plaintiff,            )   EX PARTE MOTION TO SEAL
                                  )   INDICTMENT PURSUANT
14          v.                    )   TO RULE 6(e), FEDERAL
                                  )   FEDERAL RULES OF
15 BOUNEPHENG SAVONGSY, et al.    )   CRIMINAL PROCEDURE
                                  )
16          Defendants.           )
                                  )
17 _____ )

18

19      .The government moves the Court, pursuant to Rule 6(e) of the

20 Federal Rules of Criminal Procedure, to order and direct that the

21 Indictment returned by the Grand Jury on November 10, 2010,

22 charging the above defendants with a violation of Title 21, United

23 States Code, Sections 846, 841(a)(1) and (b)(1)(A)- Conspiracy to

24 Manufacture, to Distribute, and to Possess with the Intent to

25 Distribute Marijuana charges be kept secret until the defendants

26 named in the Indictment are either in custody or have been given

27 bail on these offenses; and further order that until such time as

28 the defendants are in custody or have been given bail, that no

                            1

1 | person shall disclose the finding of the Indictment or any
2 | warrants issued pursuant thereto, except when necessary for the
3 | issuance and execution of the warrant.
4 | DATED: November 10, 2010                    Respectfully submitted,
5 |                                             BENJAMIN B. WAGNER
                                                United States Attorney
6 |                                             By Karen Escobar
7 |                                                KAREN A. ESCOBAR
                                                Assistant U.S. Attorney
8 |
9 | IT IS SO ORDERED this 10th day of November, 2010
10 |
11 |                                             U.S. Magistrate Judge
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2