

MAR - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PHOUSANGKHY PHANTHADETH,<br><br>          Defendant.<br>_____/ | 1:10-cr-00462-LJO<br><br>ORDER RE: GOVERNMENT'S REQUEST FOR COURT INQUIRY INTO SOURCE OF 401(K) ACCOUNT AS PROPOSED BAIL FOR DEFENDANT |

This matter came on regularly for a Nebbia Hearing on March 3, 2011 at 2:00 p.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, pursuant to the Government's motion for bail review filed January 27, 2011 (Doc. 49). Due to the press of business, the hearing was continued from the original date of February 18, 2011 (Doc. 53). Assistant United States Attorney Karen A. Escobar appeared on behalf of the Government. Mario DiSalvo, Esq., appeared with and on behalf of the Defendant, Phousangkhy Phanthadeth.

The Court, having carefully reviewed and considered the Government's motion, the Defendant's opposition thereto, and oral argument and, GOOD CAUSE APPEARING, HEREBY ORDERS as follows:

1. That the entirety of the 401(k) Account No. _____ (containing $56,932.00 as of December 31, 2010), but not less than $50,000.00, in the name of Thongsavath

1

Thammavongsa, irregardless of the form(s) of the assets in such account, be encumbered as collateral to secure the release of the Defendant, Phousangkhy Phanthadeth.

2. That the Lincoln Financial Group, the institution that maintains said 401(k) Account, be notified of the collateral, and be instructed by the said owner of the account, Thongsavath Thammavongsa, that the account may not be touched or diminished or encumbered in any way by anyone in any fashion without a written court order from a Judge of the United States District Court, Eastern District of California.

Attached to this order is the 401(K) Collateral Agreement signed by Thongsavath Thammavongsa, together with a copy of Thongsavath Thammavongsa's Oregon driver's license (redacted on any and all copies).

3. That said institution, the Lincoln Financial Group, be required to acknowledge receipt of said notice and agreement that the condition(s) be followed by the Lincoln Financial Group.

DATED: March 3, 2011

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

************************************************************

A copy of this court order, with Exhibits attached, has been received and accepted by the Lincoln Financial Group as follows:

Dated: _____

Signature _____

Printed Name _____

Printed Position

2

## 401(K) Collateral Agreement

**BE IT KNOWN TO ALL PEOPLE** that Thongsavath Thammavongsa acknowledges, agrees and consents to the following AGREEMENT whereby Thongsavath Thammavongsa agrees to the following terms and conditions:

That Thongsavath Thammavongsa knowingly and intelligently agrees to offer his 401(k) savings account as collateral towards the Pre Trial Release of **Phousangkhy Phandthadeth** who is a defendant in case number 1:10-cr-00462-LJO before the Eastern District Court of California, under case name **U.S. v. Phousangkhy Phandthadeth.**

That Thongsavath Thammavongsa voluntarily submits to the jurisdiction of the California Eastern District Court.

That Thongsavath Thammavongsa hereby states, under penalty of perjury under the laws of he State of California, Eastern District, that he is the sole account holder of the 401(k) account sought to be offered as collateral. In other words, there is no other joint account holder for said account.

That Thongsavath Thammavongsa acknowledges that there will be no withdrawals, loans, or distributions from the 401(k) account during the pendency of the collateralized period.

That Thongsavath Thammavongsa acknowledges if there is a breach of the agreement, Thongsavath Thammavongsa acknowledges, understands and consents to the U.S. District Court ordering that the account funds be surrendered to the U.S. Government.

That the 401(k) account is readily identified by the following: (state account name, number and back where it is located).

**I AGREE TO THE ABOVE TERMS AND WISH TO OFFER MY 401(k) ACCOUNT AS COLLATERAL IN THE ABOVE-ENTITLED CASE** on this the thirty first day of January, Two Thousand Eleven, executed in the City and County of Fresno, California Eastern District.

_____
Thongsayath Thammavongsa

On March 3, 2011, I Thongsavath Thammavongsa resigns this agreement before the Court.

_____
Thongsavath Thammavongsa
Signed and acknowledged before me on March 3, 2011
_____
H.A. Herman, Judicial Clerk

U.S. Magistrate Judge
3/3/11

U.S. v. Phousangkhy Phandthadeth 1:10-cr-00462-LJO
401(k) Collateral Agreement



THAMMAVONGSA, THONGSAVATH