FILED

MAR 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiffs,            )<br>                                 )<br>     vs.                         )<br>                                 )<br> PHOUSANGKHY PHANTHADETH,        )<br>                                 )<br>          Defendant.             )<br>_____) | Case No. 1:10-cr-00462-LJO (002)<br><br>ORDER OF RECONVEYANCE RE PROPERTY BOND |

On December 17, 2010 [Doc. 24], the property bond of $50,000.00 was ordered by Judge Austin. Subsequently on March 3, 2011 [Doc. 58] hearing, Judge Snyder Order that property bond would be replaced by Thongsavath Thammavongsa's 401(K). The Court hereby orders the property bond for the said property located in Franklin County, Washington , Parcel No. 115-492-104, recorded on 01/13/2011 - AFN# 1761343 DT, on behalf of the above defendant be reconveyed.

IT IS SO ORDERED.

DATED: March 10, 2011

SANDRA M. SNYDER
U.S. Magistrate Judge

9/26/96 exonbnd.frm

1