56BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-462 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | THEREON FOR CONTINUANCE |
| v. ) | (NOTE COMMENT RE GOOD CAUSE) |
| ) | |
| BOUNEPHENG SAVONGSY and ) | |
| PHOUSANGKHY PHANTHADETH, ) | |
| aka "Phou," ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant BOUNEPHENG SAVONGSY by and through his attorney, YAN SHRAYBERMAN, Defendant PHOUSANGKHY PHANTHADETH by and through his attorney, MARIO DISALVO, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the Status Conference set for July 8, 2011, be continued to July 29, 2011, at 9:00 a.m. due to the unavailability of counsel for defendants SAVONGSY and PHANTHADETH[1] and to further plea negotiations in this matter.

---

[1] Counsel for defendant PHANTHADETH has a court hearing in San Diego which will prevent his ability to appear in this district on Friday.  Counsel for defendant SAVONGSY also advised

1  The parties agree that the delay resulting from the
2 continuance shall be excluded in the interests of justice herein
3 for effective defense preparation and continued investigation,
4 case resolution, and availability of defense counsel, pursuant to
5 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
6
7 Dated: July 5, 2011					Respectfully submitted,
8 							BENJAMIN B. WAGNER
							United States Attorney
9
10 						By:	/s/ Karen A. Escobar
							KAREN A. ESCOBAR
11							Assistant U.S. Attorney
12 Dated: July 5, 2011					/s/ Yan Shrayberman
							YAN SHRAYBERMAN
13							Attorney for Defendant
							BOUNEPHENG SAVONGSY
14
15 Dated: July 5, 2011					/s/ Mario DiSalvo
							MARIO DISALVO
16							Attorney for Defendant
							PHOUSANGKHY PHANTHADETH
17
18
19
20
21
22
23
24
25
26
27
28 that he is unavailable to appear this Friday.

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the status conference currently set in this matter for July 8 shall be continued to July 29, 2011, at 9:00 a.m.

THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and the defendants in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

NOTE: WHEN A CASE IS SET WITH THE AGREEMENT OF COUNSEL, HAVING A CONFLICT IN ANOTHER COURTROOM PRESENTS A CONFLICT FOR THE OTHER COURT. FUTURE STIPULATIONS FOR CONTINUANCES ON THIS GROUND WILL BE FOUND TO BE LACKING IN GOOD CAUSE.

IT IS SO ORDERED.

**Dated:   July 6, 2011**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE