BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00462-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| PHOUSANGKHY PHANTHADETH<br>  aka Phou,<br>BOUNEPHENG SAVONGSY,<br>ERNSON MERISIER<br>  aka "E,"<br>MARQUIS ALLEN MECA, and<br>RUDDYS A. PIMENTEL, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Phousangkhy Phanthadeth, aka Phou, Bounepheng Savongsy, Ernson Merisier, aka "E," Marquis Allen Meca, and Ruddys A. Pimentel, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.   Pursuant to 21 U.S.C. § 853, defendants Phousangkhy Phanthadeth, aka Phou, Bounepheng Savongsy, Ernson Merisier, aka "E," Marquis Allen Meca, and Ruddys A. Pimentel's interests in the following property shall be condemned and forfeited to the United

1   States of America, to be disposed of according to law:

2       a.   Approximately $3,269.00 U.S. Currency, and

3       b.   2006 Dodge Charger, VIN: 2B3KA53H96H302025, Massachusetts License Number 842KP5.

4

5      2.   The above assets constitute, or are derived from, proceeds
6   obtained, directly or indirectly, or were used, or intended to be
7   used, in any manner or part, to commit, or to facilitate the
8   commission of a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)
9   and/or 841(b)(1)(D), and 846.

10     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
11  designee) shall be authorized to seize the above-listed property.
12  The aforementioned property shall be seized and held by the United
13  States Marshal Service in their secure custody and control.

14     4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the
15  United States shall publish notice of the order of forfeiture.
16  Notice of this Order and notice of the Attorney General's (or a
17  designee's) intent to dispose of the property in such manner as the
18  Attorney General may direct shall be posted for at least 30
19  consecutive days on the official internet government forfeiture site
20  www.forfeiture.gov.  The United States may also, to the extent
21  practicable, provide direct written notice to any person known to
22  have alleged an interest in the property that is the subject of the
23  order of forfeiture as a substitute for published notice as to those
24  persons so notified.

25      b.   This notice shall state that any person, other than
26  the defendant, asserting a legal interest in the above-listed
27  property, must file a petition with the Court within sixty (60) days
28  from the first day of publication of the Notice of Forfeiture posted

on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   September 26, 2011**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE