```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559)497-4000
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CR-00462-LJO |
|---|---|
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| BOUNEPHENG SAVONGSY, PHOUSANGKHY PHANTHADETH, aka "Phou," MANOP SOUKSAVATH, aka Anh Huy Nuynh, ERNSON MERISIER, aka "E," MARQUIS ALLEN MECA, and RUDDYS A. PIMENTEL, | ) |
| Defendants. | ) |

WHEREAS, on July 29 and September 27, 2011, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreements entered into between plaintiff and defendants Bounepheng Savongsy, Phousangkhy Phanthadeth, aka Phou, Manop Souksavath, aka Anh Huy Nuynh, Ernson Merisier, aka E, Marquis Allen Meca, and Ruddys A. Pimentel, in the following property:

        a.   Approximately $3,269.00 in U.S. Currency, and,

1          b.    2006 Dodge Charger, VIN: 2B3KA53H96H302025,
2               Massachusetts License Number 842KP5.

3      AND WHEREAS, beginning on July 28, 2011, for at least 30
4  consecutive days, the United States published notice of the Court's
5  Order of Forfeiture on the official internet government forfeiture
6  site www.forfeiture.gov.  Said published notice advised all third
7  parties of their right to petition the Court within sixty (60) days
8  from the first day of publication of the notice for a hearing to
9  adjudicate the validity of their alleged legal interest in the
10 forfeited property;

11     AND WHEREAS, the Court has been advised that no third party has
12 filed a claim to the subject property and the time for any person or
13 entity to file a claim has expired.

14     Accordingly, it is hereby ORDERED and ADJUDGED:

15     1.   A Final Order of Forfeiture shall be entered forfeiting to
16 the United States of America all right, title, and interest in the
17 above-listed property pursuant to 21 U.S.C. § 853, to be disposed of
18 according to law, including all right, title, and interest of
19 Bounepheng Savongsy, Phousangkhy Phanthadeth, aka Phou, Manop
20 Souksavath, aka Anh Huy Nuynh, Ernson Merisier, aka E, Marquis Allen
21 Meca, and Ruddys A. Pimentel.

22     2.   All right, title, and interest in the above-listed property
23 shall vest solely in the name of the United States of America.
24 ///
25 ///
26 ///
27 ///
28 ///

3.   The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   March 12, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE